ROB BONTA, State Bar No. 202668
Attorney General of California
JENNIFER G. PERKELL, State Bar No. 203205
Supervising Deputy Attorney General
DIANE P. CRAGG, State Bar No. 221121
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 510-3836
 Fax: (415) 703-1107
 E-mail: Diane.Cragg@doj.ca.gov
*Attorneys for Defendant
California Attorney General Rob Bonta
(erroneously named Office of the
California Attorney General)*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRIY LYASHCHENKO and ALEXANDRA LYASHCHENKO,<br><br>Plaintiffs,<br><br>v.<br><br>SHASTA COUNTY HEALTH AND HUMAN SERVICES AGENCY; CRYSTAL NELSON in her official capacity; JENNIFER SZEPHEGYI-JOHNSON in her official capacity; NIKKI QUINTANA in her official capacity; SHANNON ANDERSON in her official capacity; JARED FOSTER in his official capacity; PATRICIA DOUGHERTY, D.Ed. in her individual capacity and as de facto govt. actor; MICHELLE A. SAGER, M.D. in her individual capacity and as de facto govt. actor; MICHAEL HORAN in his individual capacity and as de facto govt. actor; MARGARET "MAGGIE" KENEFICK in her individual capacity and as de factor govt. actor; HON. MOLLY BIGELOW in her official capacity only; OFFICE OF THE CALIFORNIA ATTORNEY GENERAL; and DOES 1-100,<br><br>Defendants. | 2:25-cv-3494-DAD-DMC<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE FOR RESPONSIVE PLEADING**<br><br>[Local Rule 144(a)]<br><br>Action Filed: December 3, 2025 |

1

Plaintiffs Andriy and Alexandra Lyashchenko (in pro per) and Defendant California Attorney General (Attorney General), by and through his counsel of record (collectively, the Parties), hereby stipulate and state as follows:

## RECITALS

WHEREAS, on December 3, 2025, Plaintiffs filed a Complaint in which the Attorney General was named a Defendant (ECF-1), and served the Attorney General the same day;

WHEREAS, the Attorney General's deadline to respond to the Complaint is presently December 24, 2025;

WHEREAS, on December 17, 2025, the Parties met and conferred and agreed that good cause exists to extend the Attorney General's deadline to respond to the Complaint by 28 days, pursuant to local Rule 144(a), thereby making the new due date for the initial response January 21, 2026;

WHEREAS, Defendant has not previously sought any extension of the deadline to respond to the Complaint;

**IT IS HEREBY AGREED TO AND STIPULATED** by the Parties that the Attorney General shall have until **January 21, 2026**, to respond to the Complaint.

Dated: December 19, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
JENNIFER G. PERKELL
Supervising Deputy Attorney General

/s/  DIANE P. CRAGG

DIANE P. CRAGG
Deputy Attorney General
*Attorneys for Defendant*

Dated: December 19, 2025

_____
Andriy Lyashchenko, Plaintiff in pro per

Dated: December 19, 2025

_____
Alexandra Lyashschenko, Plaintiff in pro per

SF2025306943/44903115

## ORDER

Pursuant to stipulation by the Parties, and good cause having been shown, **IT IS SO ORDERED** that the Attorney General shall have until January 21, 2026, to respond to Plaintiffs' Complaint.

Dated: December __, 2025

_____
UNITED STATES MAGISTRATE JUDGE

## DECLARATION OF SERVICE BY E-MAIL

**Case Name:** Lyashchenko v. Shasta County HHSA, et al.
**Case Number:** 2:25-cv-3494-DAD-DMC
**Party Represented:** California Attorney General Rob Bonta (erroneously named Office of the California Attorney General)

**Declaration of Electronic Service**

1. I am at least 18 years of age and not a party to this matter.

2. I am employed in the Office of the Attorney General of the State of California. My business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, County of San Francisco.

3. My electronic service address is Classiemarie.Murphy@doj.ca.gov.

4. On December 22, 2025, I electronically served the following document[s]:

   a. **STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE FOR RESPONSIVE PLEADING**

5. I electronically served the aforementioned document[s] by emailing them to the following individual[s]:

Andriy and Alexandra Lyashchenko
20119 Sunrise Drive
Redding, CA 96003
**E-mail Address:** alyas77@gmail.com
alexandraed@gmail.com
Plaintiffs

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on December 22, 2025.

| C. Murphy | *C. Murphy* |
|---|---|
| Declarant | Signature |

SF2025306943
44907769