FILED BY FAX

1  Randall C. Nelson, State Bar No. 138298
2  CARR, KENNEDY, PETERSON & FROST
   A Law Corporation
3  420 Redcliff Drive
   Redding, CA 96002
4  (530) 222-2100; Fax (530) 222-0504
5  rnelson@ckpf.com

6  Attorneys for Defendant, Michael Horan

7

8  UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF CALIFORNIA
9  REDDING COURTHOUSE

10 ANDRIY LYASHCHENKO and             CASE NO. **2:25-CV-03494-DAD-DMC**
   ALEXANDRA LYASHCHENKO
11
                                      **ANSWER TO COMPLAINT FOR**
12         Plaintiffs,                **CIVIL RIGHTS AND TORT CLAIMS**
                                      **SEEKING DAMAGES,**
13    v.                              **DECLARATORY AND INJUNCTIVE**
                                      **RELIEF**
14 SHASTA COUNTY HEALTH AND HUMAN
   SERVICES AGENCY; CRYSTAL NELSON in her
15 official capacity; JENNIFER SZEPHEGYI-
   JOHNSON in her official capacity;
16 NIKKI QUINTANA in her official capacity;
   SHANNON ANDERSON in her official capacity;
17 JARED FOSTER in his official capacity; PATRICIA
   DOUGHERTY, D.Ed. in her individual capacity and
18 as *de facto* govt. actor; MICHELLE A. SAGER, M.D.
   in her individual capacity and as *de facto* govt. actor;
19 MICHAEL HORAN in his individual capacity and as
   *de facto* govt. actor; MARGARET "MAGGIE"
20 KENEFICK in her her individual capacity and as *de
   facto* govt. actor; HON. MOLLY BIGELOW in her
21 official capacity only; OFFICE OF THE
   CALIFORNIA ATTORNEY GENERAL; and DOES
22 1-100,

23
24         Defendants.
25
26
27
28

1

Defendant Michael Horan, in his individual capacity and as alleged *de facto* govt. actor, answers the Complaint of Andriy Lyashchenko and Alexandra Lyashchenko as follows.

**GENERAL RESPONSE TO ALLEGATIONS**

To the extent this answering defendant does not specifically admit a particular fact alleged by the plaintiffs in a particular paragraph of the Complaint, this answering defendant denies the balance of the allegations, express or implied, in that particular paragraph of the Complaint.

**SPECIFIC RESPONSES TO ALLEGATIONS**

1. As to Paragraphs 1 through 6, the allegations therein are not factual allegations pertaining to this answering defendant to which a response is required. To the extent the allegations in Paragraphs 1 through 6 contain factual allegations pertaining to this answering defendant, express or implied, all such allegations are denied.

2. As to Paragraphs 7 through 31, this answering defendant lacks sufficient information to form a belief as to the truth of the allegations therein and on that basis denies such allegations, express or implied, as they pertain to this answering defendant.

3. As to Paragraphs 32 through 34, they do not contain factual allegations pertaining to this answering defendant to which a response is required. To the extent Paragraphs 32 through 34 contain factual allegations pertaining to this answering defendant, express or implied, all such allegations are denied.

4. As to Paragraph 35, this answering defendant admits that the court papers make reference to S.L. as "male," but denies all other allegations, express or implied, pertaining to this answering defendant.

ANSWER TO VERIFIED COMPLAINT FOR CIVIL RIGHTS AND TORT CLAIMS SEEKING DAMAGES, DECLARATORY AND INJUNCTIVE RELIEF

5. As to Paragraph 36, it does not contain factual allegations pertaining to this answering defendant to which a response is required. To the extent Paragraph 36 contains factual allegations pertaining to this answering defendant, express or implied, all such allegations are denied.

6. As to Paragraphs 37 and 38, this answering defendant denies the allegations, express of implied, pertaining to this answering defendant.

7. As to Paragraphs 39 through 41, they do not contain factual allegations pertaining to this answering defendant to which a response is required. To the extent Paragraphs 39 through 41 contain factual allegations pertaining to this answering defendant, express or implied, all such allegations are denied.

8. As to Paragraphs 42 through 49, this answering defendant denies all allegations, express or implied, pertaining to this answering defendant.

9. As to Paragraphs 50 through 55, they do not contain factual allegations pertaining to this answering defendant to which a response is required. To the extent the allegations in Paragraphs 50 through 55 contain factual allegations pertaining to this answering defendant, express or implied, all such allegations are denied.

10. As to Paragraphs 56 through 58, this answering defendant denies all allegations, express or implied, pertaining to this answering defendant.

11. As to Paragraphs 59 through 61, they do not contain factual allegations pertaining to this answering defendant to which a response is required. To the extent the allegations in Paragraphs 59 through 61 contain factual allegations pertaining to this answering defendant, express or implied, all such allegations are denied.

12. As to Paragraph 62, this answering defendant admits only that certain events and

circumstances alleged in the Complaint occurred in Redding, California. To the extent the allegations in Paragraph 62 contain factual allegations pertaining to this answering defendant, express or implied, all such allegations are denied.

13. As to Paragraphs 63 through 71, this answering defendant admits only that he is aware of the parties identified therein. To the extent the allegations in Paragraphs 63 through 71 contain factual allegations pertaining to this answering defendant, express or implied, all such allegations are denied.

14. As to Paragraph 72, this answering defendant admits only that he is an attorney and was appointed by Judge Bigelow to represent S.L. To the extent the allegations in Paragraph 72 contain any other factual allegations pertaining to this answering defendant, express or implied, all such allegations are denied.

15. As to Paragraphs 73 through 74, this answering defendant admits only that he is aware of the parties identified therein. To the extent the allegations in Paragraph 73 through 74 contain factual allegations pertaining to this answering defendant, express or implied, all such allegations are denied.

16. As to the allegations in Paragraphs 75 through 90, they do not contain factual allegations pertaining to this answering defendant to which a response is required. To the extent the allegations in Paragraphs 75 through 90 contain factual allegations pertaining to this answering defendant, express or implied, all such allegations are denied.

17. As to Paragraphs 91 through 98, this answering defendant lacks sufficient information to form a belief as to the truth of the allegations therein, and on that basis denies such allegations, express or implied, as they pertain to this answering defendant.

18. As to Paragraph 99, this answering defendant denies all allegations, express or

implied, pertaining to this answering defendant.

19. As to Paragraphs 100 through 111, this answering defendant lacks sufficient information to form a belief as to the truth of the allegations therein, and on that basis denies such allegations, express or implied, as they pertain to this answering defendant.

20. As to Paragraphs 112 through 118, they do not contain factual allegations pertaining to this answering defendant to which a response is required. To the extent the allegations in Paragraphs 112 through 118 contain factual allegations pertaining to this answering defendant, express or implied, all such allegations are denied.

21. As to Paragraphs 119 and 120, this answering defendant denies all allegations, express or implied, pertaining to this answering defendant.

22. As to Paragraph 121, it does not contain factual allegations pertaining to this answering defendant to which a response is required. To the extent the allegations in Paragraph 121 contain factual allegations pertaining to this answering defendant, express or implied, all such allegations are denied.

23. As to Paragraphs 122 and 125 , this answering defendant denies all allegations, express or implied, pertaining to this answering defendant.

24. As to Paragraphs 126 and 127, this answering defendant lacks sufficient information to form a belief as to the truth of the allegations therein, and on that basis denies such allegations, express or implied, as they pertain to this answering defendant.

25. As to Paragraph 128, this answering defendant admits only that the County filed the document as stated. To the extent the allegations in Paragraph 128 contain factual allegations pertaining to this answering defendant, express or implied, all such allegations are denied.

26. As to Paragraphs 129 and 130, this answering defendant lacks sufficient information

to form a belief as to the truth of the allegations therein, and on that basis denies such allegations, express or implied, as they pertain to this answering defendant.

27. As to Paragraph 131, this answering defendant admits only that the County filed the document as stated. To the extent the allegations in Paragraph 131 contain factual allegations pertaining to this answering defendant, express or implied, all such allegations are denied.

28. As to Paragraph 132, this answering defendant lacks sufficient information to form a belief as to the truth of the allegations therein, and on that basis denies such allegations, express or implied, as they pertain to this answering defendant.

29. As to Paragraph 133, this answering defendant admits only that the County filed the document as stated. To the extent the allegations in Paragraph 133 contain factual allegations pertaining to this answering defendant, express or implied, all such allegations are denied.

30. As to Paragraph 134, this answering defendant lacks sufficient information to form a belief as to the truth of the allegations therein, and on that basis denies such allegations, express or implied, as they pertain to this answering defendant.

31. As to Paragraph 135, this answering defendant admits only that the County filed the document as stated. To the extent the allegations in Paragraph 135 contain factual allegations pertaining to this answering defendant, express or implied, all such allegations are denied.

32. As to Paragraphs 136 through 138, this answering defendant lacks sufficient information to form a belief as to the truth of the allegations therein, and on that basis denies such allegations, express or implied, as they pertain to this answering defendant.

33. As to Paragraph 139, this answering defendant admits only that the County filed the document as stated. To the extent the allegations in Paragraph 139 contain factual allegations pertaining to this answering defendant, express or implied, all such allegations are denied.

34. As to Paragraph 140, this answering defendant lacks sufficient information to form a belief as to the truth of the allegations therein, and on that basis denies such allegations, express or implied, as they pertain to this answering defendant.

35. As to Paragraph 141, this answering defendant admits only that the County filed the document as stated. To the extent the allegations in Paragraph 141 contain factual allegations pertaining to this answering defendant, express or implied, all such allegations are denied.

36. As to Paragraphs 142 through 146, this answering defendant lacks sufficient information to form a belief as to the truth of the allegations therein, and on that basis denies such allegations, express or implied, as they pertain to this answering defendant.

37. As to Paragraph 147, this answering defendant admits only that the County filed the document as stated. To the extent the allegations in Paragraph 147 contain factual allegations pertaining to this answering defendant, express or implied, all such allegations are denied.

38. As to Paragraphs 148 through 150, this answering defendant lacks sufficient information to form a belief as to the truth of the allegations therein, and on that basis denies such allegations, express or implied, as they pertain to this answering defendant.

39. As to Paragraph 151, this answering defendant admits only that the County filed the document as stated. To the extent the allegations in Paragraph 151 contain factual allegations pertaining to this answering defendant, express or implied, all such allegations are denied.

40. As to Paragraphs 152 through 181, this answering defendant lacks sufficient information to form a belief as to the truth of the allegations therein, and on that basis denies such allegations, express or implied, as they pertain to this answering defendant.

41. As to Paragraph 182, this answering defendant denies all allegations, express or implied, pertaining to this answering defendant.

42. As to Paragraph 183, this answering defendant admits only that the County filed the document as stated. To the extent the allegations in Paragraph 183 contain factual allegations pertaining to this answering defendant, express or implied, all such allegations are denied.

43. As to Paragraphs 184 through 186, this answering defendant lacks sufficient information to form a belief as to the truth of the allegations therein, and on that basis denies such allegations, express or implied, as they pertain to this answering defendant.

44. As to Paragraph 187, this answering defendant denies all allegations, express or implied, pertaining to this answering defendant.

45. As to Paragraph 188, this answering defendant admits only that the County filed the document as stated. To the extent the allegations in Paragraph 183 contain factual allegations pertaining to this answering defendant, express or implied, all such allegations are denied.

46. As to Paragraphs 189 through 193, this answering defendant lacks sufficient information to form a belief as to the truth of the allegations therein, and on that basis denies such allegations, express or implied, as they pertain to this answering defendant.

47. As to Paragraph 194, this answering defendant admits only that the County filed the document as stated. To the extent the allegations in Paragraph 183 contain factual allegations pertaining to this answering defendant, express or implied, all such allegations are denied.

48. As to Paragraphs 195 through 202, this answering defendant lacks sufficient information to form a belief as to the truth of the allegations therein, and on that basis denies such allegations, express or implied, as they pertain to this answering defendant.

49. As to Paragraph 202, this answering defendant admits only that he was appointed to represent the interests of S.L. This answering defendant denies all other allegations, express or implied.

ANSWER TO VERIFIED COMPLAINT FOR CIVIL RIGHTS AND TORT CLAIMS SEEKING DAMAGES, DECLARATORY AND INJUNCTIVE RELIEF

50. As to Paragraphs 203 through 210, this answering defendant denies all allegations, express or implied, pertaining to this answering defendant.

51. As to Paragraphs 211 through 218, this answering defendant lacks sufficient information to form a belief as to the truth of the allegations therein, and on that basis denies such allegations, express or implied, as they pertain to this answering defendant.

52. As to Paragraph 219, this answering defendant admits only that the County filed the document as stated. To the extent the allegations in Paragraph 219 contain factual allegations pertaining to this answering defendant, express or implied, all such allegations are denied.

53. As to Paragraphs 220 through 224, this answering defendant lacks sufficient information to form a belief as to the truth of the allegations therein, and on that basis denies such allegations, express or implied, as they pertain to this answering defendant.

54. As to Paragraph 225, this answering defendant denies all allegations, express or implied, pertaining to this answering defendant.

55. As to Paragraph 226, this answering defendant lacks sufficient information to form a belief as to the truth of the allegations therein, and on that basis denies such allegations, express or implied, as they pertain to this answering defendant.

56. As to Paragraphs 227 through 230, they do not contain factual allegations pertaining to this answering defendant to which a response is required. To the extent the allegations in Paragraphs 227 through 230 contain factual allegations pertaining to this answering defendant, express or implied, all such allegations are denied.

57. As to Paragraphs 231 through 233, this answering defendant denies all allegations, express or implied, pertaining to this answering defendant.

58. As to Paragraphs 234 through 237, this answering defendant lacks sufficient

information to form a belief as to the truth of the allegations therein, and on that basis denies such allegations, express or implied, as they pertain to this answering defendant.

59. As to Paragraphs 238 through 242, this answering defendant denies all allegations, express or implied, pertaining to this answering defendant.

60. As to Paragraph 243, this answering defendant incorporates herein by reference all admissions and denials previously set forth in response to the allegations in Paragraphs 1 through 242.

61. As to Paragraphs 244 through 249, they do not contain factual allegations pertaining to this answering defendant to which a response is required. To the extent the allegations in Paragraphs 244 through 249 contain factual allegations pertaining to this answering defendant, express or implied, all such allegations are denied.

62. As to Paragraphs 250 through 255, this answering defendant denies all allegations, express or implied, pertaining to this answering defendant.

63. As to Paragraphs 256 and 257, they do not contain factual allegations pertaining to this answering defendant to which a response is required. To the extent the allegations in Paragraphs 256 and 257 contain factual allegations pertaining to this answering defendant, express or implied, all such allegations are denied.

64. As to Paragraphs 258 through 260, this answering defendant denies all allegations, express or implied, pertaining to this answering defendant.

65. As to Paragraphs 261 through 264, this answering defendant lacks sufficient information to form a belief as to the truth of the allegations therein, and on that basis denies such allegations, express or implied, as they pertain to this answering defendant.

66. As to Paragraphs 265 through 272, this answering defendant denies all allegations,

ANSWER TO VERIFIED COMPLAINT FOR CIVIL RIGHTS AND TORT CLAIMS SEEKING DAMAGES, DECLARATORY AND INJUNCTIVE RELIEF

express or implied, pertaining to this answering defendant.

67. As to Paragraph 273, this answering defendant incorporates herein by reference all admissions and denials previously set forth in response to the allegations in Paragraphs 1 through 272.

68. As to Paragraphs 274 and 275, they do not contain factual allegations pertaining to this answering defendant to which a response is required. To the extent the allegations in Paragraphs 274 and 275 contain factual allegations pertaining to this answering defendant, express or implied, all such allegations are denied.

69. As to Paragraphs 276 through 282, this answering defendant lacks sufficient information to form a belief as to the truth of the allegations therein, and on that basis denies such allegations, express or implied, as they pertain to this answering defendant.

70. As to Paragraphs 283 through 290, this answering defendant denies all allegations, express or implied, pertaining to this answering defendant.

71. As to Paragraph 291, this answering defendant incorporates herein by reference all admissions and denials previously set forth in response to the allegations in Paragraphs 1 through 290.

72. As to Paragraph 292, it does not contain factual allegations pertaining to this answering defendant to which a response is required. To the extent the allegations in Paragraph 292 contains factual allegations pertaining to this answering defendant, express or implied, all such allegations are denied.

73. As to Paragraphs 293 through 303, this answering defendant lacks sufficient information to form a belief as to the truth of the allegations therein, and on that basis denies such allegations, express or implied, as they pertain to this answering defendant.

74. As to Paragraph 304, this answering defendant incorporates herein by reference all admissions and denials previously set forth in response to the allegations in Paragraphs 1 through 303.

75. As to Paragraphs 305 through 318, this answering defendant lacks sufficient information to form a belief as to the truth of the allegations therein, and on that basis denies such allegations, express or implied, as they pertain to this answering defendant.

76. As to Paragraph 319, this answering defendant incorporates herein by reference all admissions and denials previously set forth in response to the allegations in Paragraphs 1 through 318.

77. As to Paragraphs 320 through 353, this answering defendant lacks sufficient information to form a belief as to the truth of the allegations therein, and on that basis denies such allegations, express or implied, as they pertain to this answering defendant.

78. As to Paragraph 354, this answering defendant incorporates herein by reference all admissions and denials previously set forth in response to the allegations in Paragraphs 1 through 353.

79. As to Paragraphs 355 through 358, this answering defendant lacks sufficient information to form a belief as to the truth of the allegations therein, and on that basis denies such allegations, express or implied, as they pertain to this answering defendant.

80. As to Paragraph 359, it does not contain factual allegations pertaining to this answering defendant to which a response is required.  To the extent the allegations in Paragraph 359 contains factual allegations pertaining to this answering defendant, express or implied, all such allegations are denied.

81. As to Paragraphs 360 through 362, this answering defendant lacks sufficient

ANSWER TO VERIFIED COMPLAINT FOR CIVIL RIGHTS AND TORT CLAIMS SEEKING DAMAGES, DECLARATORY AND INJUNCTIVE RELIEF

information to form a belief as to the truth of the allegations therein, and on that basis denies such allegations, express or implied, as they pertain to this answering defendant.

82. As to Paragraph 363, this answering defendant incorporates herein by reference all admissions and denials previously set forth in response to the allegations in Paragraphs 1 through 362.

83. As to Paragraph 364, this answering defendant lacks sufficient information to form a belief as to the truth of the allegations therein, and on that basis denies such allegations, express or implied, as they pertain to this answering defendant.

84. As to Paragraph 365, it does not contain factual allegations pertaining to this answering defendant to which a response is required. To the extent the allegations in Paragraph 365 contains factual allegations pertaining to this answering defendant, express or implied, all such allegations are denied.

85. As to Paragraphs 366 through 373, this answering defendant lacks sufficient information to form a belief as to the truth of the allegations therein, and on that basis denies such allegations, express or implied, as they pertain to this answering defendant.

86. As to Paragraph 374, this answering defendant incorporates herein by reference all admissions and denials previously set forth in response to the allegations in Paragraphs 1 through 373.

87. As to Paragraphs 375 through 387, this answering defendant lacks sufficient information to form a belief as to the truth of the allegations therein, and on that basis denies such allegations, express or implied, as they pertain to this answering defendant.

88. As to Paragraph 388, this answering defendant incorporates herein by reference all admissions and denials previously set forth in response to the allegations in Paragraphs 1 through

ANSWER TO VERIFIED COMPLAINT FOR CIVIL RIGHTS AND TORT CLAIMS SEEKING DAMAGES, DECLARATORY AND INJUNCTIVE RELIEF

387.

89. As to Paragraph 389, it does not contain factual allegations pertaining to this answering defendant to which a response is required. To the extent the allegations in Paragraph 389 contains factual allegations pertaining to this answering defendant, express or implied, all such allegations are denied.

90. As to Paragraphs 390 through 395, this answering defendant denies all allegations, express or implied, pertaining to this answering defendant.

91. As to Paragraphs 396 through 400, which constitute plaintiffs' Prayer for Relief, this answering defendant denies that plaintiffs are entitled to the relief requested and denies all allegations contained therein, express or implied, pertaining to this answering defendant.

91. As to Paragraph 401, which is plaintiffs' Demand for Jury Trial, it does not contain factual allegations pertaining to this answering defendant to which a response is required. To the extent Paragraph 401 contains factual allegations pertaining to this answering defendant, express or implied, all such allegations are denied.

**AFFIRMATIVE DEFENSES**

92. This answering defendant is informed and believes and thereon alleges that plaintiffs' Complaint and causes of action contained therein fail to allege facts sufficient to constitute a cause or causes of action against this answering defendant.

93. This answering defendant is informed and believes and thereon alleges that plaintiffs' claims against this answering defendant are barred in whole or in part by the equitable doctrine of estoppel.

94. This answering defendant is informed and believes and thereon alleges that plaintiffs' Complaint, and each and every cause of action therein, is barred, in whole or in part, by the

applicable statutes of limitation.

95. This answering defendant is informed and believes and thereon alleges that the Complaint, and each and every cause of action therein, are barred by waivers made by or on behalf of plaintiffs.

96. This answering defendant was privileged and justified in acting as alleged pursuant to common law and statute, including but not limited to, those privileges delineated in California Civil Code Section 47.

97. This answering defendant reserves the right to assert additional defenses, if and to the extent that such defenses are applicable.

**DEMAND FOR JURY TRIAL**

98. This answering defendant hereby demands a jury trial on all issues to which such a right exists.

**PRAYER FOR RELIEF**

99. This answering defendant, Michael Horan, in his individual capacity and as alleged *de facto* govt. actor, prays that plaintiffs take nothing by way of the Complaint and that this answering defendant be awarded attorney's fees and all costs associated with defending this suit as allowed by law.

DATED: December 22, 2025.   CARR, KENNEDY, PETERSON & FROST

By_____
Randall C. Nelson
Attorneys for Defendant,
Michael Horan, in his individual capacity
and as alleged *de facto* govt. actor

ANSWER TO VERIFIED COMPLAINT FOR CIVIL RIGHTS AND TORT CLAIMS SEEKING DAMAGES, DECLARATORY AND INJUNCTIVE RELIEF

## PROOF OF SERVICE

**CASE NAME** : *Lyaschenko v. Horan*
**COURT** : Eastern District Court of California
**CASE NO.** : 2:25-CV-03494-DAD-DMC

I, the undersigned, declare:

I am over the age of eighteen years and not a party to the cause. I am employed by the law firm of Carr, Kennedy, Peterson & Frost, 420 Redcliff Drive, Redding, California 96002.

On this date, I served the document described as: **ANSWER TO COMPLAINT FOR CIVIL RIGHTS AND TORT CLAIMS, SEEKING DAMAGES, DECLARATORY AND INJUNCTIVE RELIEF** on the interested parties in this matter by placing a true copy thereof in a sealed envelope addressed as follows:

Andriy Lyashchenko
Alexandra Lyashchenko
20119 Sunrise Drive
Redding, CA 96003

Service of the above document was effectuated by the following means of service:

X   **By United States Mail**. I placed the envelope or package for collection and mailing, following our ordinary firm's practices. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid to the address(es) listed above. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Redding, California.

X   **State Court**. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that service was made under the direction of an active member of the State Bar of California and who is not a party to the cause.

Executed December 22, 2025, at Redding, California.

_____
YASMEEN ABU-NASSER

- 1 -