**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
jwhitefleet@porterscott.com
Zachary J. Ayre, SBN 356392
zayre@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF SHASTA, CRYSTAL NELSON, JENNIFER SZEPHEGYI-JOHNSON, NIKKI QUINTANA, SHANNON ANDERSON, JARED FOSTER
*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRIY LYASHCHENKO and ALEXANDRA LYASHCHENKO,<br><br>Plaintiff,<br><br>v.<br><br>SHASTA COUNTY HEALTH AND HUMAN SERVICES AGENCY; CRYSTAL NELSON in her official capacity; JENNIFER SZEPHEGYI-JOHNSON in her official capacity; NIKKI QUINTANA in her official capacity; SHANNON ANDERSON in her official capacity; JARED FOSTER in his official capacity; PATRICIA DOUGHERTY, D.Ed. in her individual capacity and as *de facto* govt. actor; MICHELLE A. SAGER, M.D. in her individual capacity and as *de facto* govt. actor; MICHAEL HORAN in his individual capacity and as *de facto* govt. actor; MARGARET "MAGGIE" KENEFICK in her individual capacity and as *de facto* govt. actor; HON. MOLLY BIGELOW in her official capacity only; OFFICE OF THE CALFORNIA ATTORNEY GENERAL; and DOES 1-100, | CASE NO.  2:25-CV-3494-DAD-DMC<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Date: February 11, 2026<br>Time: 10:00 A.M.<br>Courtroom: 304, 3rd Floor<br><br>Complaint Filed: 12/03/2025 |

1

    Defendants.
_____/

# NOTICE OF MOTION TO DISMISS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

NOTICE IS HEREBY GIVEN that Defendants COUNTY OF SHASTA, CRYSTAL NELSON, JENNIFER SZEPHEGYI-JOHNSON, NIKKI QUINTANA, SHANNON ANDERSON, JARED FOSTER ("Defendants") hereby move to dismiss the operative Complaint of Plaintiffs ANDRIY LYASHCHENKO and ALEXANDRA LYASHCHENKO ("Plaintiffs") pursuant to Federal Rules of Civil Procedure ("Fed. R. Civ. P.") 12(b)(6) on the following grounds:

A. This court should dismiss under the Rooker/Feldman Doctrine.

B. This court should dismiss under the Younger Doctrine.

C. The court should abstain from Jurisdiction because the case concerns family issues.

D. All Claims arising from what occurred during the state proceedings are improper collateral attacks on those proceedings.

E. Absolute Immunity applies to the filing of the juvenile petitions, and thus the First and Third Claims were based thereon fail.

F. Plaintiffs' Fourt Amendment Claim should be dismissed because they cannot bring a Claim based upon the purported violation of another person's rights.

G. Any *Monell* Claim against the County fails as a matter of law.

   1. Plaintiffs fail to sufficiently plead facts for an equal protection discrimination claim.

   2. Plaintiffs fail to plead sufficient facts for judicial deception/conspiracy.

   3. Plaintiffs fail to plead sufficient facts of substantive due process violation.

   4. Even assuming a properly asserted underlying violation, plaintiffs' complaint falls short of stating sufficient facts to establish the other *Monell* elements.

/ / /

/ / /

1     H. Plaintiffs' Claim for intentional infliction of emotional distress should be dismissed.

2         1. The County is immune under California Government Code section 815.

3         2. Even if based on vicarious liability, the claim fails.

The motion to dismiss is based on this notice of motion, the supporting motion and memorandum of points and authorities, and any other pleadings, evidence or legal arguments that may be presented at the time of the hearing to the extent one is held.

Dated: December 26, 2025

PORTER SCOTT
A PROFESSIONAL CORPORATION

By  */s/ John R. Whitefleet*
    John R. Whitefleet
    Zachary J. Ayre
    Attorneys for Defendants

*Lyashchenko, et al. v. County of Shasta, et al.*
**U.S.D.C. – Eastern District of CA Court Case No.: 2:25-CV-3494-DAD-DMC**

## DECLARATION OF SERVICE

I am a resident of the United States and of the County, of Sacramento, California. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 2180 Harvard Street, Suite 500, Sacramento, California.

I am familiar with this Company's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and is deposited in a U.S. mailbox in the City of Sacramento, California, after the close of the day's business.

That on the date below, I served the following: **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT** on all parties in the said action as addressed below by causing a true copy thereof to be served:

| | |
|---|---|
| X | **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. |
| | **BY PERSONAL SERVICE:** I caused such document to be personally delivered to the person(s) addressed below. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office, between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening. |
| | **BY OVERNIGHT DELIVERY:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) listed below. I placed the envelope or package for collection and overnight delivery at my office or a regularly utilized drop box of the overnight delivery carrier. |
| | **BY ELECTRONIC SERVICE**: Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification address listed below. |

***In Pro Per***
Andriy Lyashchenko
Alexandra Lyashchenko
20119 Sunrise Drive
Redding, CA 96003

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Sacramento, California, on December 26, 2025.

*payalkhalasi*
Payal Khalasi

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT**
4873-9366-9235, v. 1