**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDRIY LYASHCHENKO, et al., | No.  2:25-cv-3494-DAD-DMC |
| Plaintiffs, | |
| v. | ORDER |
| SHASTA COUNTY HEALTH AND HUMAN SERVICES AGENCY, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding pro se, bring this civil action.  Pending before the Court are Defendants' motions to dismiss Plaintiffs' original complaint, all set for hearing before the undersigned on February 18, 2026.  See ECF Nos. 8, 9, 10, and 15.  For the reasons discussed below, Defendants' motions have been rendered moot by the filing of a first amended complaint.

The Federal Rules of Civil Procedure provide that a party may amend his or her pleading once as a matter of course within 21 days of serving the pleading or, if the pleading is one to which a responsive pleading is required, within 21 days after service of the responsive pleading, see Fed. R. Civ. P. 15(a)(1)(A), or within 21 days after service of a motion under Rule 12(b), (e), or (f) of the rules, whichever time is earlier, see Fed. R. Civ. P. 15(a)(1)(B).  In all other situations, a party's pleadings may only be amended upon leave of court or stipulation of all the parties. See Fed. R. Civ. P. 15(a)(2).

1

Here, the filing of Plaintiffs' first amended complaint has rendered the pending motions to dismiss moot.  Defendants' motions to dismiss were served on December 24, 2025, December 26, 2025, December 31, 2025, and January 13, 2026.  See ECF Nos. 8, 9, 10, and 15. Plaintiffs' first amended complaint was served on January 13, 2026 – which is less than 21 days after the earliest of the pending motions to dismiss was served.  Therefore, under Rule 15, the pending motions to dismiss are now mooted by the amended complaint which supersedes the original complaint being challenged.

Accordingly, IT IS HEREBY ORDERED as follows:

1.       Defendants' motions to dismiss, ECF Nos. 8, 9, 10, and 15, have been rendered moot by the filing of Plaintiffs' first amended complaint.

2.       The hearing set for February 18, 2026, at 10:00 a.m., before the undersigned in Redding, California, is vacated.

3.       The Clerk of the Court is directed to terminate ECF Nos. 8, 9, 10, and 15 as pending motions.

4.       Defendants' responses to Plaintiffs' first amended complaint are due within 30 days of the date of this order.

Dated:  January 20, 2026

_____

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2