**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDRIY LYASHCHENKO, et al., | No.  2:25-cv-3494-DAD-DMC |
| Plaintiffs, | |
| v. | ORDER |
| SHASTA COUNTY HEALTH AND HUMAN SERVICES AGENCY, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. Pending before the Court are Plaintiffs' motions, filed "ex parte," seeking early discovery.  See ECF Nos. 38, 41, and 43. All three motions, which appear to be duplicative of each other as they seek the same relief, have been noticed for hearing before the undersigned on March 25, 2026. See id.

Except for limited situations not applicable here, this Court does not hear matters on an ex parte basis.  Eastern District of California Local Rule 233 permits motions for administrative relief to be decided on shortened notice.  See Local Rule 233.  Motions for administrative relief, however, are limited to requests to exceed page limits, requests to shorten time, requests to extend response deadlines, requests to alter a briefing schedule, or requests to alter a discovery schedule that do not affect dispositive motion filing deadlines, trial dates, or

1

final pre-trial conference dates.  See id.  Here, Plaintiffs' pending motions seek a Court order permitting targeted early discovery.  See ECF Nos. 38, 41, and 43. As such, Plaintiffs' motions do not fall under Local Rule 233.

Plaintiffs' motions are instead governed by Eastern District of California Local Rule 251 which provides procedures for motions related to discovery.  See Local Rule 251.  Specifically, that rule requires discovery motions under Federal Rule of Civil Procedure 26 to be set for hearing on at least 21 days' notice.  See Local Rule 251(a).  Additionally, the rule requires the parties to meet and confer and file a joint statement regarding the discovery dispute no later than 14 days prior to the noticed hearing date.  See id.  When the discovery motion concerns a complete and total failure to respond to a discovery request or when the only relief sought is imposition of sanctions, the matter may be heard on 14 days' notice.  See Local Rule 251(e).

Here, Plaintiffs' motions were filed and served on March 5, 2026, see ECF No. 38, and March 6, 2026, see ECF Nos. 41 and 43. All three have been noticed for hearing on March 25, 2026, which is less than 21 days after the earliest motion was filed.  None concerns the complete and total failure to respond to a discovery request or imposition of sanctions.  Thus, Plaintiffs' motions are subject to 21-day notice period and the joint statement requirement. Because the pending discovery motions were filed on less than 21 days' notice and because no joint statement has been filed to date, the March 25, 2026, hearing will be vacated subject to being re-noticed in compliance with Local Rule 251.

Accordingly, IT IS HEREBY ORDERED that the hearing set before the undersigned on March 25, 2026, at 10:00 a.m., on Plaintiffs' motions for early discovery is VACATED subject to the motions being properly re-noticed pursuant to Local Ruel 251.

Dated:  March 19, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2