**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDRIY LYASHCHENKO, et al., | No.  2:25-cv-3494-DAD-DMC |
| Plaintiffs, | |
| v. | ORDER |
| SHASTA COUNTY HEALTH AND HUMAN SERVICES AGENCY, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. Pending before the Court are Plaintiffs' motion for early discovery. See ECF No. 62. The motion supersedes the prior motions seeking the same relief at ECF Nos. 38, 41, and 43, which the Clerk of the Court will be directed to terminate as separately pending motions. The matter set for hearing before the undersigned on April 22, 2026, at 10:00 a.m., in Redding, California. Pursuant to Eastern District of California Local Rule 230(g),  will be taken off calendar and the matter is submitted on the record and briefs without oral argument.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1.     The hearing set for Plaintiffs' motion for early discovery, ECF No. 62, before the undersigned on April 22, 2026, at 10:00 a.m., in Redding, California, is VACATED and the matter is submitted without oral argument.

2.     The Clerk of the Court is directed to terminate ECF Nos. 38, 41, and 43 as pending motions.

Dated:  April 16, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE